# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**CHARLES KAPISH** *individually* : No. 3:15cv278
*and t/d/b/a* **KAPS CONSTRUCTION,** :
    **Plaintiff** : (Judge Munley)
    v. :
**ADVANCED CODE GROUP,** :
**JEFFREY REMAS and SHAWN** :
**BOLLES,** :
    **Defendants** :

## ORDER

**AND NOW**, to wit, this 1st day of September 2015, defendants' motion to dismiss (Doc. 11) is hereby **GRANTED** in part and **DENIED** in part as follows:

1. The motion is **GRANTED** with respect to plaintiff's Fourteenth Amendment substantive due process claim, Count II, against the defendants. Count II is **DISMISSED** with prejudice;

2. The motion is **GRANTED** with respect to plaintiff's Fourteenth Amendment procedural due process claim, Count III, against the defendants. Count III is **DISMISSED** with prejudice; and

3. The motion is **DENIED** in all other respects.

4. Defendants are further **ORDERED** to answer plaintiff's complaint within fourteen (14) days.

            **BY THE COURT:**

            **s/ James M. Munley**
            **JUDGE JAMES M. MUNLEY**
            **United States District Court**