IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVNIA

| | | |
|---|---|---|
| **CHARLES KAPISH, individually and t/d/b/a KAPS CONSTRUCTION,** | : | No. 3:15cv278 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| **ADVANCED CODE GROUP, JEFFREY REMAS, and SHAWN BOLLES,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 16th day of April 2018, it is hereby **ORDERED** as follows:

1. Defendants' motion for summary judgment (Doc. 53) on Count I in plaintiff's complaint is hereby **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff; and

3. The Clerk of Court is directed to close this case.

                                              **BY THE COURT:**

                                              **s/James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**